■ In the Matter of SALVATORE DE FEO, Petitioner, v NEW YORK CITY TRANSIT AUTHORITY et al., Respondents. — Proceeding pursuant to CPLR article 78 to review a determination of the president of the respondent New York City Transit Authority, dated May 12, 1983, which, after a hearing, sustained charges of misconduct and/or incompetence which had been filed against the petitioner and ordered that he be dismissed from his position as a bus operator. ¶ Determination confirmed and proceeding dismissed on the merits, without costs or disbursements. ¶ The determination is supported by substantial evidence appearing on the record considered as a whole and is neither arbitrary nor capricious. We have considered the petitioner's remaining contentions and find them to be without merit (see *Matter of Eagle v Paterson,* 57 NY2d 831; *300 Gramatan Ave. Assoc. v State Div. of Human Rights,* 45 NY2d 176). Gibbons, J. P., O'Connor, Boyers and Lawrence, JJ., concur.